# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Dr. Mary Ann Dailey,                          :
                        Petitioner    :
                                  :

          v.                                        :     No. 413 C.D. 2016
                                  :

Pennsylvania Labor Relations Board,           :
                        Respondent

# O R D E R

NOW, November 30, 2016, upon consideration of petitioner's application for reargument *en banc* and respondent's answer in response thereto, the application is denied.

<br>

                                        _____

                                        MARY HANNAH LEAVITT,
                                        President Judge